IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 25-cv-02352-CNS-STV | Date: February 26, 2026 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JOSHUA SKINNER | *Sarah Schielke* |
| | *Madison Waldrep* |
| **Plaintiff** | |
| v. | |
| MATTHEW BEAUDIN | *Valerie Brewster* |
| **Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:00 p.m.

Appearance of counsel.

Argument given on [10] Defendant Matthew Beaudin's Motion to Dismiss Complaint by Ms. Brewster and Ms. Schielke with questions from the Court.

The Court makes findings of fact, conclusions of law.

As outlined on the record, it is

**ORDERED:** [10] Defendant Matthew Beaudin's Motion to Dismiss Complaint is DENIED.

Stay of Discovery is LIFTED.

Court in Recess: 1:53 p.m.       Hearing concluded.       Total time in Court: 00:53